## CRIMINAL CAUSE FOR JURY TRIAL

BEFORE JUDGE STERLING JOHNSON JR., U.S.D.J.        DATE: 2/27/2012

DOCKET NUMBER: __10-CR-0459 (SJ)__            *8 hours*

CASE NAME: <u>USA v. LYUBOV GROYSMAN, VLADIMIR KHMELNITSKI</u>

INTERPRETER(S): __Yana Agourev, Nelly Alishaev__

COURT REPORTER OR ESR: Charlene Heading

APPEARANCES:

    FOR GOVERNMENT: Daniel Brownell
    FOR DEFENDANTS: Gary Todd Certain, Labe Richman,

✔ Case Called.

✔ Counsel for all sides present.

___ Counsel for _____ not present.

___ Jury selection ordered and begun.        ___ Voir Dire begins.

___ Jury selected and sworn.        ___ Trial ordered and begun.

___ Government opens.        ___ Defendant opens.

✔ Trial continued.        ✔ Evidence entered.

✔ Trial continued until  2/28/2012 @ 10:00 a.m.

Other: Witness continued: Agent Semyon Ginzburg, witnesses sworn-in and testifying: Gary Anderson, and Grigory Groysman.

___ Jury reaches verdict of_____

___ Jury polled.        ___ Jury excused.        ___ Trial concluded.