## CRIMINAL CAUSE FOR JURY TRIAL

BEFORE JUDGE STERLING JOHNSON JR., U.S.D.J.      DATE: 2/29/2012

DOCKET NUMBER: __10-CR-0459 (SJ)__      8 hours

CASE NAME: USA v. LYUBOV GROYSMAN, VLADIMIR KHMELNITSKI

INTERPRETER(S): Yana Agourev, Nelly Alishaev

COURT REPORTER OR ESR: Ron Tolkin

APPEARANCES:

    FOR GOVERNMENT: Daniel Brownell
    FOR DEFENDANTS: Gary Todd Certain, Labe Richman,

✔ Case Called.

✔ Counsel for all sides present.

___ Counsel for _____ not present.

___ Jury selection ordered and begun.      ___ Voir Dire begins.

___ Jury selected and sworn.      ___ Trial ordered and begun.

___ Government opens.      ___ Defendant opens.

✔ Trial continued.      ✔ Evidence entered.

✔ Trial continued until 3/2/2012 @ 10:00 a.m.

Other: Witness continued: Vadim Yuzovitsky.

___ Jury reaches verdict of _____

___ Jury polled.      ___ Jury excused.      ___ Trial concluded.