# CRIMINAL CAUSE FOR JURY TRIAL

BEFORE JUDGE STERLING JOHNSON JR., U.S.D.J.        DATE: 3/7/2012

DOCKET NUMBER:   10-CR-0459 (SJ)        8 hours

CASE NAME: USA v. LYUBOV GROYSMAN, VLADIMIR KHMELNITSKI

INTERPRETER(S):   Yana Agourev, Nelly Alishaev

COURT REPORTER OR ESR: Burt Sulzer

APPEARANCES:

    FOR GOVERNMENT: Daniel Brownell, Karen Hennigan
    FOR DEFENDANTS: Gary Todd Certain, Labe Richman,

✔ Case Called.

✔ Counsel for all sides present.

___ Counsel for _____ not present.

___ Jury selection ordered and begun.        ___ Voir Dire begins.

✔ Jury charged and deliberating.        ___ Trial ordered and begun.

___ Government rests.        ___ Defendant rests.

___ Trial continued.        ___ Evidence entered.

___ Trial continued until @ 10:00 a.m.

Other: Sentencing is set for 6/29/2012 @ 9:30 a.m. for defendants Groysman and Khmelnitski. Defendant's post trial motions are deemed filed as of today. Defendant's memoranda due 5/10/12 and the government's reply due 5/24/12.

✔ Jury reaches verdict of GUITLY as to defendants Groysman and Khmelnitski on counts ONE and TWO.

✔ Jury polled.        ✔ Jury excused.        ✔ Trial concluded.