UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

        v.                                     10 CR 459 (SJ)

LYUBOV GROYSMAN and
VLADIMIR KHMELNITSKI,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## VERDICT SHEET

**As to defendant LYUBOV GROYSMAN:**

1. As to COUNT ONE of the Indictment, Health Care Fraud Conspiracy, how do you find the defendant LYUBOV GROYSMAN?

    _____ Not Guilty       ___X___ Guilty

2. As to COUNT TWO of the Indictment, Money Laundering Conspiracy, how do you find the defendant LYUBOV GROYSMAN?

    _____ Not Guilty       ___X___ Guilty

**[CONTINUE TO NEXT PAGE]**

COURT EXHIBIT

3

1

**As to defendant VLADIMIR KHMELNITSKI:**

3. As to COUNT ONE of the Indictment, Money Laundering Conspiracy, how do you find

   the defendant VLADIMIR KHMELNITSKI?

   _____ Not Guilty          \_\_\_\_X\_\_\_ Guilty

4. As to COUNT TWO of the Indictment, Health Care Fraud Conspiracy, how do you find

   the defendant VLADIMIR KHMELNITSKI??

   _____ Not Guilty          \_\_\_X\_\_\_ Guilty

/s/

Dated: March 7, 2012          _____
       Brooklyn, NY                    Signature of Foreperson